**NOATEX CORP.**
2711 PLAZA DEL AMO #511
Torrance, CA 90503

Voice: (310) 783-0133
Fax: (310) 783-0135

# STATEMENT

Statement Date: Nov 14, 2011
Customer Account ID: AUTO PARTS MANUFACTU

To:

Auto Parts Manufacturing Mississippi
100 TAB WAY
GUNTOWN, MS 38849

Amount Enclosed
$ _____

| Date | Due Date | Reference | Paid | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 9/1/11 | 9/1/11 | 110901-10 | | PO# 101226 | 165,534.75 | 165,534.75 |
| 9/1/11 | 9/1/11 | 110901-14 | | PO# 101767 | 8,828.00 | 174,362.75 |
| 9/2/11 | 9/2/11 | 110902-09 | | PO# 101592 | 5,344.65 | 179,707.40 |
| 9/7/11 | 10/7/11 | 110907-08 | | PO# 100700 | 171.20 | 179,878.60 |
| 9/14/11 | 10/14/11 | 110914-10 | | PO# 101698 | 158.34 | 180,036.94 |
| 9/16/11 | 10/16/11 | 110916-06 | | PO# 101649 | 9,648.45 | 189,685.39 |
| 9/20/11 | 10/20/11 | 110920-08 | | PO# 101739 | 1,214.15 | 190,899.54 |
| 9/20/11 | 10/20/11 | 110920-10 | | PO# 101720 | 65.00 | 190,964.54 |
| 9/21/11 | 10/21/11 | 110915-05 | | PO# 101720 | 260.81 | 191,225.35 |
| 9/26/11 | 10/26/11 | 110926-04 | | PO# 101589 | 1,269.98 | 192,495.33 |
| 9/26/11 | 10/26/11 | 110926-06 | | PO# 101243 | 16,726.71 | 209,222.04 |
| 9/30/11 | 10/30/11 | 110930-13 | | PO# 101522 | 7,938.07 | 217,160.11 |
| 10/1/11 | 10/31/11 | 111001-01 | | PO# 400382 | 403.39 | 217,563.50 |
| 10/1/11 | 10/31/11 | 111001-02 | | PO# 400343 | 418.48 | 217,981.98 |
| 10/3/11 | 11/2/11 | 111003-07 | | PO# 101719 | 330.63 | 218,312.61 |
| 10/6/11 | 11/5/11 | 111006-01 | | PO# 101522 | 811.06 | 219,123.67 |
| 10/10/11 | 11/9/11 | 111010-03 | | PO# 101696 | 2,125.37 | 221,249.04 |
| 10/26/11 | 11/25/11 | 111026-19 | | PO# 101696 | 2,124.90 | 223,373.94 |
| 11/7/11 | 12/7/11 | 111107-01 | | PO# 400493 | 2,088.40 | 225,462.34 |
| 11/7/11 | 12/7/11 | 111107-06 | | PO# 400516 | 25,289.80 | 250,752.14 |
| 11/7/11 | 12/7/11 | 111107-07 | | PO# 400517 | 23,259.04 | 274,011.18 |
| 11/7/11 | 12/7/11 | 111107-11 | | PO# 400518 | 16,898.80 | 290,909.98 |
| 11/7/11 | 12/7/11 | 111107-13 | | PO# 400494 | 1,049.64 | 291,959.62 |
| | | | | TOTAL | | 291,959.62 |

| 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days |
|---|---|---|---|
| 70,710.58 | 41,212.10 | 180,036.94 | 0.00 |