IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**NOZTEX CORPORATION**                                      **PLAINTIFF**

v.                                       **CIVIL ACTION NO. 3:11cv137-SAA**

**KING CONSTRUCTION OF
HOUSTON, LLC, ET AL.**                                    **DEFENDANTS**

## ORDER

Intervenor the State of Mississippi, *ex rel.* Attorney General Jim Hood seeks leave to have L. Christopher Lomax withdrawn as counsel of record and have Doug Miracle substituted as counsel of record. The court has reviewed the motion and record, and concludes that the motion is well taken. It is

**ORDERED**

that L. Christopher Lomax is granted leave to withdraw, and Doug Miracle is substituted as counsel of record for the intervenor.

This, the 9th day of August, 2012.

                                                           /s/ S. Allan Alexander
                                                           UNITED STATES MAGISTRATE JUDGE